IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH KNAUSS, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| BARRY SMITH,[1] et al., | : | NO. 15-6507 |
| Respondents. | : | |

FILED
NOV -7 2017
KATE _____, Clerk
By_____ Dep. Clerk

**O R D E R**

AND NOW, this 7th day of November, 2017, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Clerk of Court is directed to TRANSFER the petition for habeas corpus to the United States District Court for the WESTERN District of Pennsylvania and mark the matter closed in the United States District Court for the Eastern District of Pennsylvania.

3. There is <u>no</u> basis for the issuance of a certificate of appealability.

mailed
11-8-17
J. Knauss

BY THE COURT:

_____
JUAN R. SANCHEZ,     J.

---

[1] I have substituted Barry Smith, who is the current Superintendent of SCI Houtzdale, as the respondent in this case. *See* Rules Governing Section 2254 Cases, Rule 2 (requiring the current custodian to be named as respondent).

Docket to State